UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID D. HUNT,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No. 24-cv-154-JPG<br><br>Criminal No 19-cr-40085-JPG-1 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner David D. Hunt's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed, that judgment is entered in favor of respondent United States of America and against petitioner David D. Hunt, and that this case is dismissed with prejudice.


**DATED:** July 25, 2024                MONICA A. STUMP, Clerk of Court

                                         **s/Tina Gray, Deputy Clerk**



**Approved:**     s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**